UNPUBLISHED

# UNITED STATES COURT OF APPEALS

## FOR THE FOURTH CIRCUIT

CLARENCE J. PERRY, JR.,
          *Petitioner-Appellant,*

v.

RONALD J. ANGELONE, Director of
the Virginia Department of
Corrections,
          *Respondent-Appellee.*

No. 01-7608

Appeal from the United States District Court
for the Eastern District of Virginia, at Norfolk.
Henry C. Morgan, District Judge.
(CA-00-347-2)

Submitted: January 14, 2002

Decided: February 8, 2002

Before NIEMEYER, MOTZ, and GREGORY, Circuit Judges.

Remanded by unpublished per curiam opinion.

## COUNSEL

Clarence J. Perry, Jr., Appellant Pro Se. Robert H. Anderson, III,
OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Rich-
mond, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

---

## OPINION

PER CURIAM:

Clarence J. Perry seeks to appeal the district court's order entered on January 10, 2001, dismissing his 28 U.S.C.A. § 2254 (West 1994 & Supp. 2001) petition. Appellant had thirty days after entry of the district court's order to file his notice of appeal. *See* Fed. R. App. P. 4(a)(1)(A). Appellant's notice of appeal was received in the district court on September 10, 2001, nine months late. However, Appellant has provided documentation that he contends shows he mailed his notice of appeal through a prison mail system on January 22, 2001, within the thirty-day time period provided by Fed. R. App. P. 4(a)(1)(A). Because there is a factual dispute as to the timeliness of Perry's filing of the notice of appeal, we remand the case to the district court to determine the timeliness of Perry's filing.* The record, as supplemented, will then be returned to this court for further consideration.

*REMANDED*

---

*By this remand, we indicate no view as to the appropriate resolution of the timeliness of Perry's notice of appeal.